UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAEZE NWOSU,

                     Plaintiff,

-v-

ACCOR MANAGEMENT, *et al.*,

                     Defendants.

24-CV-7649 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On October 4, 2024, Plaintiff Adaeze Nwosu, proceeding *pro se*, filed this action in the Southern District of New York.  (ECF No. 1.)  However, Nwosu has failed to allege proper venue in this District, because all of the alleged events took place in the District of Columbia, and Nwosu has not alleged that all Defendants reside in New York.  (See *id.*; 28 U.S.C. § 1391(b).)

    On October 15, 2024, the Court ordered Nwosu to show cause why this case should not be transferred to the District Court for the District of Columbia.  (ECF No. 9.)  Nowusu did not respond to the Court's order.

    Accordingly, the Court hereby transfers this case to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1406(a).  *See United States ex rel. Donohue v. Carranza*, 585 F. Supp. 3d 383, 388 (S.D.N.Y. 2022) ("The district court may exercise the discretion to transfer a case even if a defendant has not requested transfer."); *SongByrd, Inc. v. Est. of Grossman*, 206 F.3d 172, 179 n.9 (2d Cir. 2000) ("[T]he Supreme Court . . . made clear that a district court lacking . . . proper venue could transfer [sua sponte] under section 1406(a).").

1

2

The Clerk of Court is directed to remove this case from this Court's docket and transfer it to the United States District Court for the District of Columbia.

SO ORDERED.

Dated: October 30, 2024
       New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　United States District Judge