UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAEZE NWOSU,

Plaintiff,

-v-

ACCOR MANAGEMENT, *et al.*,

Defendants.

24-CV-7649 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 8, 2025, the Court was notified that Plaintiff Nwosu's appeal of this Court's order to transfer the case to the United States District Court for the District of Columbia may not proceed until this Court rules on Plaintiff's application to proceed *in forma pauperis* ("IFP"). (ECF No. 17.)

Plaintiff filed her application for IFP status on October 4, 2024. (ECF No. 3.) However, on October 11, 2024, Plaintiff paid the filing fee, and the Court therefore did not rule on her IFP application at that time. Upon review of Plaintiff's application to proceed without paying fees, the Court determines that Plaintiff provided inadequate information to establish that she is unable to pay the costs of the proceedings. Plaintiff provided no information about her financial situation, and instead wrote "N/A" across the form. Accordingly, Plaintiff's IFP application is denied.

The Court further certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Court's orders at ECF Nos. 10 & 14 would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 10, 2025
New York, New York

J. PAUL OETKEN
United States District Judge